UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DB STRUCTURED PRODUCTS, INC.

          Plaintiff,

-against-

COMMONSENSE MORTGAGE, INC.

          Defendant.

Civ. No. 07 CV 4118

RECEIVED
MAY 25 2007

**STATEMENT PURSUANT TO RULE 7.1
OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff DB Structured Products, Inc., states as follows:

Defendant DB Structured Products, Inc. is wholly owned by DB U.S. Financial Markets Holding Corporation, a Delaware Corporation which is wholly owned by Taunus Corp., which is wholly owned by Deutsche Bank AG, which is a publicly held corporation.

Dated: New York, New York
      May 25, 2007

                                         THACHER PROFFITT & WOOD LLP

                                         By: /s/ John P. Doherty
                                              John P. Doherty (JD-3275)
                                              Richard F. Hans (RH-0110)
                                              Kerry Ford Cunningham (KF-1825)
                                              Brendan E. Zahner (BZ-8645)
                                              Two World Financial Center
                                              New York, New York 10281
                                              (212) 912-7400

                                             *Attorneys for DB Structured Products, Inc.*