UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DB STRUCTURED PRODUCTS, INC.,           )   **ECF CASE**
                                        )
                    Plaintiff,          )
                                        )   07 Civ. 4118 (DLC)
        -against-                       )
                                        )   **AFFIDAVIT OF SERVICE**
COMMONSENSE MORTGAGE CORPORATION, INC.  )
                                        )
                    Defendant.          )
-----------------------------------------------------------------x

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

   JACKELINE N. NOVIKOV-CARLES, being duly sworn, deposes and says that deponent is not a party to this action, is over eighteen years of age and has a business address at Two World Financial Center, New York, New York 10281.

   On July 20, 2007, deponent served a copy of the Notice of Initial Pretrial Conference dated June 11, 2007 by depositing a true and correct copy of same into the custody of the United States Postal Service, enclosed in a properly addressed postage prepaid envelope to:

                        CommonSense Mortgage, Inc.
                        Attn: Garrett Klein
                        3450 Lexington Avenue
                        Shoreview, MN 55126

                        _____
                        JACKELINE N. NOVIKOV-CARLES

Sworn to before me this
23rd day of July 2007

_____
Notary Public
CONNIE LEE
NOTARY PUBLIC, State of New York
No. 01LE50225914
Qualified in Kings County
Commission Expires April 4, 2010