# Thacher Proffitt

**MEMO ENDORSED**

Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281
212.912.7400

Fax: 212.912.7751
www.tpw.com

Direct Dial: 212.912.7417
JDoherty@tpw.com

July 25, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-1-07

By Hand

The Honorable Denise Cote
United States District Judge
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007-1312

| Re: | |
|---|---|
| *DB Structured Products, Inc. v. Mortgage Corporation of America, Inc., d/b/a Zone Funding* | 07 CV 4106 |
| *DB Structured Products, Inc. v. Baltimore American Mortgage Corporation, Inc.,* | 07 CV 4109 |
| *DB Structured Products, Inc. v. First Capital Mortgage Corp.* | 07 CV 4115 |
| *DB Structured Products, Inc. v. Prajna Group, Inc., d/b/a Liberty Mortgage Funding,* | 07 CV 4116 |
| *DB Structured Products, Inc. v. ACT Lending Corporation,* | 07 CV 4117 |
| *DB Structured Products, Inc. v. Commonsense Mortgage, Inc.,* | 07 CV 4118 ← |
| *DB Structured Products, Inc. v. Lender Ltd.,* | 07 CV 4119 |
| *DB Structured Products, Inc. v. Maribella Mortgage, LLC,* | 07 CV 4120 |
| *DB Structured Products, Inc. v. Lancaster Mortgage Bankers, LLC,* | 07 CV 4121 |
| *DB Structured Products, Inc. v. Great Northern Financial Group, Inc.,* | 07 CV 4122 |
| *DB Structured Products, Inc. v. Investaid Corporation,* | 07 CV 4123 |
| *DB Structured Products, Inc. v. Cameron Financial Group, Inc.,* | 07 CV 4124 |
| *DB Structured Products, Inc. v. Transnational Financial Network, Inc.,* | 07 CV 4125 |
| *DB Structured Products, Inc. v. Bayrock Mortgage Corporation,* | 07 CV 4126 |
| *DB Structured Products, Inc. v. iFreedom Direct Corporation, f/k/a New Freedom Mortgage Corporation,* | 07 CV 4127 |

Dear Judge Cote:

    Our firm is counsel to the Plaintiff in the fifteen referenced actions pending before Your Honor. We write to request an adjournment of the initial pre-trial conferences currently scheduled for August 3, 2007. Specifically, we request that the initial pre-trial conferences for the above cases be adjourned as follows:

New York, NY     Washington, DC     White Plains, NY     Summit, NJ     México City, México

The Honorable Denise Cote  Page 2
July 25, 2007

1. The conference for *DB Structured Products, Inc. v. Lender Ltd.*, 07 CV 4119 be adjourned to September 7, 2007 at 2:00 p.m.;

2. The conferences for *DB Structured Products, Inc. v. Great Northern Financial Group, Inc.*, 07 CV 4122 and *DB Structured Products, Inc. v. Transnational Financial Network, Inc.*, 07 CV 4125 be adjourned to September 21, 2007 at 2:00 p.m.; and

3. The conferences for all of the remaining matters above be adjourned until September 14, 2007 at 2:00 p.m.

All parties who have appeared or who have otherwise contacted us (defendants in eight of the fifteen cases) have consented to this request. This is the first request for an extension of this deadline.

As to the fifteen litigations, defendants in seven cases are in default, two cases have resulted in active settlement discussions, and the remaining six cases are expected to be contested litigations. We expect to apply for default judgment against the seven defaulting defendants pursuant to the Court's Default Judgment Procedure prior to the adjournment dates requested above.

If the Court has any questions, please do not hesitate to contact me at (212) 912-7417 or Brendan Zahner at (212) 912-7622.

Respectfully submitted,

John P. Doherty
JDoherty@tpw.com

*Denied.*
*Denise Cote*
*August 1, 2007*

Cc (via facsimile):   Peter J. Fazio
Warren Wynshaw
Mark Kaufman
Linden Thomas
Michael DiChiaro
Kenneth Bressler
Gary Harris