```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
DB STRUCTURED PRODUCTS, INC.,         :
                                      :   07 CIV. 4106(DLC)
                Plaintiff,            :   (KNF)*
                                      :
        -v-                           :
                                      :      ORDER OF
MORTGAGE CORPORATION OF AMERICA, INC.,:   REFERENCE TO A
d/b/a ZONE FUNDING,                   :   MAGISTRATE JUDGE
                Defendant.            :
------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,         :
                                      :   07 CIV. 4109
                Plaintiff,            :
                                      :
        -v-                           :
                                      :
BALTIMORE AMERICAN MORTGAGE           :
CORPORATION, INC.,                    :
                Defendant.            :
------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,         :
                                      :
                Plaintiff,            :   07 CIV. 4115
                                      :
        -v-                           :
                                      :
FIRST CAPITAL MORTGAGE CORP.,         :
                                      :
                Defendant.            :
------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,         :
                                      :   07 CIV. 4116
                Plaintiff,            :
                                      :
        -v-                           :
                                      :
ACT LENDING CORPORATION,              :
                                      :
                Defendant.            :
------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,         :
                                      :
                Plaintiff,            :   07 CIV. 4118 ←
                                      :
        -v-                           :
                                      :
COMMONSENSE MORTGAGE CORPORATION, INC.,:
                                      :
                Defendant.            :
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/07

```
------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,         :
                                      :
              Plaintiff,              :     07 CIV. 4119
                                      :
       -v-                            :
                                      :
LENDER, LTD.,                         :
              Defendant.              :
------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,         :
                                      :
              Plaintiff,              :     07 CIV. 4120
                                      :
       -v-                            :
                                      :
MARIBELLA MORTGAGE, LLC,              :
                                      :
              Defendant.              :
------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,         :
                                      :
              Plaintiff,              :     07 CIV. 4121
                                      :
       -v-                            :
                                      :
LANCASTER MORTGAGE BANKERS, LLC,      :
                                      :
              Defendant.              :
------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,         :
                                      :     07 CIV. 4122
              Plaintiff,              :
                                      :
       -v-                            :
                                      :
GREAT NORTHERN FINANCIAL GROUP, INC., :
                                      :
              Defendant.              :
------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,         :
                                      :
              Plaintiff,              :     07 CIV. 4123
                                      :
       -v-                            :
                                      :
INVESTAID CORPORATION,                :
                                      :
              Defendant.              :
------------------------------------- :
```

```
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                Plaintiff,               :   07 CIV. 4124
                                         :
        -v-                              :
                                         :
CAMERON FINANCIAL GROUP, INC.,           :
                                         :
                Defendant.               :
-----------------------------------------:
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                Plaintiff,               :   07 CIV. 4125
                                         :
        -v-                              :
                                         :
TRANSNATIONAL FINANCIAL NETWORK, INC.,   :
                                         :
                Defendant.               :
-----------------------------------------:
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                Plaintiff,               :   07 CIV. 4126
                                         :
        -v-                              :
                                         :
BAYROCK MORTGAGE CORPORATION,            :
                                         :
                Defendant.               :
-----------------------------------------:
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                Plaintiff,               :   07 CIV. 4127
                                         :
        -v-                              :
                                         :
IFREEDOM DIRECT CORPORATION, f/k/a NEW   :
FREEDOM MORTGAGE CORPORATION,            :
                                         :
                Defendant.               :
-----------------------------------------X
```

DENISE COTE, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes           ___ Consent under 28 U.S.C.
    scheduling, discovery, non-              Section 636(c)
    dispositive pretrial                     for all purposes (including
    motions, and settlement)                 trial)

| | | | |
|---|---|---|---|
| ___ | Specific Non-Dispositive Motion/Dispute* | _____ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |

Purpose: _____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

_____

_____

| | | | |
|---|---|---|---|
| ___ | | _____ | Habeas Corpus |
| X | Settlement* | _____ | Social Security |
| ___ | Inquest After Default/Damages Hearing | _____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |

Particular Motion: _____

_____

\* Do not check if already referred for general pretrial.

SO ORDERED:

DATED:   New York, New York
         August 10, 2007           _____
                                   DENISE COTE
                                   United States District Judge