USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DB STRUCTURED PRODUCTS, INC.,           :

        Plaintiff,           :

    -against-           :

MORTGAGE CORP. OF AMERICA, INC.,        :
d/b/a/ ZONE FUNDING,
                                        :

        Defendant.
-------------------------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,           :

        Plaintiff,           :

    -against-           :

                                        :
BALTIMORE AMERICA MORTGAGE CORP.,       :
INC.,
                                        :

        Defendant.           :
--------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,           :

        Plaintiff,           :

    -against-           :

FIRST CAPITAL MORTGAGE CORP.,           :

        Defendant.           :
--------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,           :

        Plaintiff,           :

    -against-           :

                                        :
PRAJNA GROUP, INC. d/b/a LIBERTY        :
MORTGAGE FUNDING,

                                        :

        Defendant.
-------------------------------------------------------- :

**ORDER**

07 Civ. 4106 (DLC)(KNF)

07 Civ. 4109 (DLC)(KNF)

07 Civ. 4115 (DLC)(KNF)

07 Civ. 4116 (DLC)(KNF)

```
-----------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,              :

                     Plaintiff,            :

        -against-                          :
                                                  07 Civ. 4117 (DLC)(KNF)
ACT LENDING CORP.,                         :

                     Defendant.            :
-----------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,              :

                     Plaintiff,            :

        -against-                          :
                                                  07 Civ. 4118 (DLC)(KNF)
COMMONSENSE MORTGAGE CORP., INC.,          :

                     Defendant.            :
-----------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,              :

                     Plaintiff,            :

        -against-                          :
                                                  07 Civ. 4119 (DLC)(KNF)
LENDER, LTD.,                              :

                     Defendant.            :
-----------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,              :

                     Plaintiff,            :

        -against-                          :
                                                  07 Civ. 4120 (DLC)(KNF)
MARIBELLA MORTAGE, LLC,                    :

                     Defendant.            :
-----------------------------------------------------------
```

---------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,           :

         Plaintiff,           :

     -against-           :

                                    07 Civ. 4121 (DLC)(KNF)

LANCASTER MORTAGE BANKERS, LLC,         :

        Defendant.           :
---------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,           :

         Plaintiff,           :

     -against-           :

                                    07 Civ. 4122 (DLC)(KNF)

GREAT NORTHERN FINANCIAL GROUP,         :
INC.,
        Defendant.           :
---------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,           :

         Plaintiff,           :

     -against-           :

                                    07 Civ. 4123 (DLC)(KNF)

INVESTAID CORPORATION,          :

        Defendant.           :
---------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,           :

         Plaintiff,           :

     -against-           :

                                    07 Civ. 4124 (DLC)(KNF)

CAMERON FINANCIAL GROUP, INC.,          :

        Defendant.           :
---------------------------------------------------------------

```
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,              :

               Plaintiff,                  :

        -against-                          :
                                                    07 Civ. 4125 (DLC)(KNF)
TRANSNATIONAL FINANCIAL NETWORK,           :
INC.,
                                           :
               Defendant.
------------------------------------------------------------ :
DB STRUCTURED PRODUCTS, INC.,
                                           :
               Plaintiff,
                                           :
        -against-
                                           :
                                                    07 Civ. 4126 (DLC)(KNF)
BAYROCK MORTGAGE CORPORATION,
                                           :
               Defendant.
------------------------------------------------------------ X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-captioned actions on September 24, 2007, at 5:00 p.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York
      August 27, 2007

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE