

**Thacher Proffitt & Wood LLP**

# REMITTANCE COPY

Deutsche Bank Securities, Inc.
60 Wall Street
New York, NY 10005

Attn: Jay Strauss Esq.

PLEASE REMIT PAYMENT BY WIRE TO:

Citibank, N.A.
(ABA No. 021000089)
For the Account of:
Thacher Proffitt & Wood LLP
Account No. 37562867
Reference: RFH 17988-00608

Invoice Number 54904

July 9, 2007

FEDERAL ID NO. 13-5612353

| | | |
|---|---|---|
| FOR PROFESSIONAL SERVICES rendered and disbursements posted through May 31, 2007 with respect to Commonsense Mortgage Inc., our services including: | | |
| Total Fees | $ | 8,998.00 |
| Total Disbursements | $ | 459.87 |
| TOTAL AMOUNT DUE | $ | 9,457.87 |
| RFH 17988-00608 | | |

Thacher Proffitt & Wood LLP  -  Finance Department  -  2 World Financial Center  -  New York, New York 10281



# Thacher Proffitt
Thacher Proffitt & Wood LLP

Deutsche Bank Securities, Inc.
60 Wall Street
New York, NY  10005

Attn:  Jay Strauss Esq.

PLEASE REMIT PAYMENT BY WIRE TO:

Citibank, N.A.
(ABA No. 021000089)
For the Account of:
Thacher Proffitt & Wood LLP
Account No. 37562867
Reference: RFH 17988-00608

Invoice Number 54904

July 9, 2007

FEDERAL ID NO. 13-5612353

FOR PROFESSIONAL SERVICES rendered and disbursements posted through May 31, 2007 with respect to Commonsense Mortgage Inc., our services including:

| Date | Services | Atty. | Hours |
|---|---|---|---|
| 03/02/07 | Office conference with JPD regarding case and research; research jurisdictional requirements; e-mails with KFC regarding same. | LAH | 0.3 |
| 03/13/07 | Meet with team; email to client; work on complaint and jurisdictional issues; meet with RFH. | JPD | 0.2 |
| 03/13/07 | Office conference with JPD, KFC, BEZ and MHM regarding matter; circulate and review documents provided by client; review sample complaint; office conference with BEZ regarding sample complaint. | JSK | 0.2 |
| 03/14/07 | Review transaction documents and demand letters received from client. | BEZ | 0.2 |
| 03/15/07 | Continue reviewing documents; begin drafting demand letter. | BEZ | 0.1 |
| 03/19/07 | Review transaction documents. | BEZ | 0.2 |
| 03/21/07 | Document request | SS | 0.1 |
| 03/22/07 | Work on draft Complaint; review transaction documents. | BEZ | 0.4 |
| 03/22/07 | Review of documents from Deutsche Bank including Volume 1 of Seller's Guide and applicable repurchase sections; telephone conference with BEZ regarding repurchase obligations and loan types; review of repurchase demands sent by Deutsche Bank; review of draft complaint for bulk sellers | KFC | 0.2 |
| 03/23/07 | Telephone conference with BEZ and KFC; work on repurchase letter and complaints. | JPD | 1.2 |

Invoice Number: 54904                                                                                         Page 2

| Date | Description | Atty | Hours | |
|---|---|---|---|---|
| 03/26/07 | Draft model Complaint for correspondent lenders; review documents relating to same. | BEZ | 0.4 | |
| 03/27/07 | Office conference with JPD regarding outstanding documents needed from client; prepare email to Mr. Paolini regarding same. | BEZ | 0.1 | |
| 03/28/07 | Draft outline of documents we have and need; prepare for and attend conference call with client; draft email to Mr. Lopena regarding same. | BEZ | 0.3 | |
| 03/28/07 | Telephone conference with Mr. Strauss, Mr. Lopena and TPW; meet with RFH | JPD | 1.2 | |
| 03/28/07 | Review of outline for conference call regarding issues and outstanding documents; revised same; emails with BEZ regarding same; conference call with RFH, JPD, BEZ and Jay Strauss, Steve Paolini and Robert Lopena; office conference with BEZ, JPD, RFH regarding repurchase demands. | KFC | 0.2 | |
| 03/30/07 | Email from Mr. Lopena regarding documents; emails with DG regarding same; emails with KFC regarding same; email to KFC and JSK regarding status. | BEZ | 0.1 | |
| 04/04/07 | Work on demand letters; emails to Mr. Lopena; telephone conference with KFC; team emails; review materials provided by Deutsche Bank and SOF. | JPD | 0.3 | |
| 04/04/07 | Team emails regarding materials received to date; draft chart detailing what materials received for each lender; office and phone conferences with MHM, BEZ and JNN regarding same. | JSK | 0.2 | |
| 04/04/07 | Telephone conference and emails with JSK regarding chart for commitment letters and other information per lender; review of all documentation collected to date and determined what is still needed; email to JPD, RFH, BEZ and JSK regarding same. | KFC | 0.2 | |
| 04/05/07 | Work on demand letters; emails to Mr. Lopena; telephone conference with KFC; team emails; review materials provided by Deutsche Bank and SOF. | JPD | 0.2 | |
| 04/05/07 | Telephone conference with JPD regarding status of information gathering for repurchase demands and complaint; drafted email to Robert Lopena regarding same. | KFC | 0.1 | |
| 04/09/07 | Office conference with JPD and KFC regarding status and outstanding documents; draft email to Mr. Lopena; revise demand letters. | BEZ | 0.3 | |
| 04/09/07 | Work on demand letters and complaints; email Mr. Strauss; revise email to Mr. Lopena. | JPD | 0.2 | |
| 04/09/07 | Telephone conference with JPD and BEZ regarding status of litigations for all lenders; reviewed all repurchase schedules; reviewed seller loan purchase agreements regarding demand requirements; | KFC | 0.2 | |
| 04/09/07 | Review of repurchase and notice provisions in SLPA and Seller Guide; email to JPD regarding same. | KFC | 0.4 | |

Invoice Number: 54904                                                                 Page 3

| Date | Description | Initials | Hours |
|---|---|---|---|
| 04/10/07 | Review Commitment letters for notice provisions. | BEZ | 0.2 |
| 04/10/07 | Work on demand letter and complaint; meet with KFC and BEZ; emails with Mr. Lopena and Mr. Paolini. | JPD | 0.1 |
| 04/11/07 | Work on demand letter and complaint; emails with client; meet with BEZ and KFC. | JPD | 0.4 |
| 04/11/07 | Telephone conference with JPD and BEZ regarding demand letters for various sellers and other matters; review of additional commitment letters and schedules; review of repurchase schedules; email to Bob Lopena regarding same; email to Kelli Stenstrom regarding amendments to Seller Guide. | KFC | 0.2 |
| 04/11/07 | Drafted repurchase demand. | KFC | 0.5 |
| 04/12/07 | Work on demand letter and complaint; emails with client; meet with BEZ and KFC. | JPD | 0.4 |
| 04/12/07 | Reviewed all amendments to Volume 1 of Seller Guide; reviewed purchase dates for all loans; office conferences with JPD and BEZ regarding demands and complaints. | KFC | 0.2 |
| 04/12/07 | Revised demand letter; office conference with JPD and BEZ regarding same. | KFC | 0.6 |
| 04/13/07 | Work on demand letter and complaint; emails with client; meet with BEZ and KFC. | JPD | 0.4 |
| 04/13/07 | Office conference with JPD, KFC and BEZ regarding drafting of complaints; follow-up office conference with BEZ regarding same. | JSK | 0.4 |
| 04/13/07 | Revised repurchase agreement. | KFC | 0.2 |
| 04/15/07 | Draft complaint. | JSK | 0.5 |
| 04/16/07 | Work on demand letters and complaints; team emails. | JPD | 0.2 |
| 04/16/07 | Revise commitment letters; emails to team attaching same; draft emails to and review emails from LD regarding status of incorporation; office conference with JPD and BEZ regarding complaint of demand letters. | JSK | 0.5 |
| 04/17/07 | Work on complaint; team emails; meetings; email with client. | JPD | 0.3 |
| 04/17/07 | Office conferences with JPD and BEZ regarding status of complaints. | JSK | 0.1 |
| 04/18/07 | Work on complaints; meet with BEZ, KFC and JSK; emails with Deutsche Bank. | JPD | 0.3 |
| 04/18/07 | Revise complaints, emails and office conferences with team regarding same; draft cover letter attaching revised complaints; emails with LD regarding states of incorporation. | JSK | 0.5 |
| 04/19/07 | Work on complaints; meet with BEZ, JSK and KFC; emails with client; review seller files. | JPD | 0.3 |

Invoice Number: **54904**                                                                                                  Page 4

| Date | Description | Initials | Hours | |
|---|---|---|---|---|
| 04/19/07 | Revise complaint; office conferences with JPD and BEZ; email to team attaching complaints. | JSK | 0.3 | |
| 04/20/07 | Work on complaints; meet with BEZ, KFC and JSK. | JPD | 0.2 | |
| 04/20/07 | Revise complaints; office conferences with team regarding same; draft cover letter attaching revised complaints. | JSK | 0.3 | |
| 04/20/07 | Reviewed and revised complaint. | KFC | 0.5 | |
| 04/20/07 | Review draft complaint. | RFH | 0.1 | |
| 04/23/07 | Review loan files; update lender spreadsheet accordingly. | JNN | 0.3 | |
| 04/24/07 | Review the various commitment letters; fact investigation; create list related to paragraph 2C regarding same. | JNN | 0.1 | |
| 04/24/07 | Follow up regarding complaint, demand letters and commitment letters; meetings. | JPD | 0.1 | |
| 04/24/07 | Revised repurchase schedule. | KFC | 0.2 | |
| 04/26/07 | Finalize Demand Letter. | JNN | 0.2 | |
| 04/26/07 | Oversee finalization and service of demand letters; emails with client. | JPD | 0.2 | |
| 04/26/07 | Review and finalize demand letters; team emails regarding same; draft cover letter to JPD attaching same; calculate total demand amount; Revise commitment letters; emails to team attaching same; draft emails to and review emails from LD regarding status of incorporation; office conference with JPD and BEZ regarding complaint of demand letters. | JSK | 0.5 | |
| 04/26/07 | Finalizing and sending out demand letters. | MHM | 0.5 | |
| 04/27/07 | Phone conferences with MHM regarding undelivered demand letter. | JSK | 0.2 | |
| 04/27/07 | Review and send out demand letter. | MHM | 0.3 | |
| 04/30/07 | Phone conferences with MHM regarding undelivered demand letters; email to LD regarding same; Revise commitment letters; emails to team attaching same; draft emails to and review emails from LD regarding status of incorporation; office conference with JDP and BEZ regarding complaint of demand letters. | JSK | 0.2 | |
| 04/30/07 | Researching name change and location of Commonsense. | MHM | 0.2 | |
| 05/01/07 | Work on filing issues. | JPD | 0.7 | |
| 05/01/07 | Emails to and from LD regarding name change of CommonSense Mortgage; email to JDP regarding same. | JSK | 0.3 | |
| 05/01/07 | Research regarding corporate status of CommonSense; emails and phone calls regarding same; phone calls with JSK; e-mails with LD regarding same. | MHM | 0.5 | |

Invoice Number: 54904                                                                                   Page 5

| Date | Description | Initials | Hours | | |
|---|---|---|---|---|---|
| 05/02/07 | Continued research on Corporate status; phone calls with regard to the same. | MHM | 0.2 | | |
| 05/04/07 | Review email from and draft email to LD regarding name change of CommonSense Mortgage. | JSK | 0.2 | | |
| 05/07/07 | Meet with MHM regarding service issues. | JPD | 0.2 | | |
| 05/07/07 | Conference with JPD regarding suing new corporate entity; follow up emails. | MHM | 0.4 | | |
| 05/08/07 | Prepare for filing and service of complaint upon registered agent. | BEZ | 0.5 | | |
| 05/08/07 | Review recently received lenders' documents; update Spreadsheet accordingly. | JNN | 0.1 | | |
| 05/08/07 | Telephone conference with Mr. Paolini, Mr. Lopena and Mr. Yan; Team meeting; oversee complaints for filing; emails with Deutsche Bank; review status chart. | JPD | 0.5 | | |
| 05/08/07 | Telephone conference with JPD, Bob Lopena, Jimmy Yan and Steve Paolini regarding status of company and lawsuit. | KFC | 0.4 | | |
| 05/22/07 | Revise complaints; telephone conference with KFC; team emails; updated chart; emails with Mr. Lopena and Ms. Stenstrom. | JPD | 0.2 | | |
| 05/23/07 | Revise complaints; emails and telephone conference with Ms. Stenstrom; emails with Mr. Lopena; review email notifications. | JPD | 0.3 | | |
| 05/24/07 | Prepare Complaint for filing. | BEZ | 0.4 | | |
| 05/24/07 | Oversee preparation of complaints; telephone conference with Ms. Stenstrom; emails with DBSP; meet with BEZ, JSK and MHM; revise complaints; emails with Mr. Lopena; telephone conference with Mr. Lopena; email to Mr. Commaroto. | JPD | 0.3 | | |
| 05/24/07 | Add K. Stenstrom language to complaint and revise complaint for filing; assemble complaint and exhibits for filing. | JSK | 0.3 | | |
| 05/24/07 | Final preparation in filing of complaint. | MHM | 0.2 | | |
| 05/24/07 | Final preparation in filing of complaint. | MHM | 0.2 | | |
| 05/25/07 | Finalize Complaint; supervise filing of same. | BEZ | 0.5 | | |
| 05/25/07 | Purchased index number, filed complaint and Rule 7.1 Statement and had Summons issued by clerk in SDNY. | JEW | 0.3 | | |
| 05/25/07 | Oversee filing of complaint; meet with BEZ and JSK; telephone conference with Ms. Stenstrom; emails with DBSP. | JPD | 0.5 | | |
| 05/25/07 | Prepare complaint for filing. | JSK | 0.2 | | |
| 05/29/07 | Office conferences with MHM and JTH regarding service and filing issues. | BEZ | 0.2 | | |
| 05/29/07 | Follow up regarding filing and service of complaints; emails with | JPD | 0.2 | | |

Invoice Number: **54904**                                                                                          Page 6

| | | | | |
|---|---|---|---|---|
| | Ms. Stenstrom. | | | |
| 05/30/07 | Finalize documents for service of process. | JNN | 0.3 | |
| 05/30/07 | Follow up regarding service of process and related issues; meet with BEZ; oversee CD to client; emails with Ms. Stenstrom; handle Bloomberg news issues with Ms. Stenstrom and Ted Meyer at Deutsche Bank; emails regarding the same. | JPD | 0.2 | |
| 05/31/07 | Follow up regarding filing and service; letter to Ms. Stenstrom. | JPD | 0.1 | |
| | Total Hours | | 26.6 | |
| | Total Fees | | | $ 8,998.00 |
| | Disbursements Posted | | | |
| | Duplicating<br>Federal Express<br>Miscellaneous Filing Fee<br>Overtime & Related Expense | | 6.16<br>50.17<br>350.00<br>53.54 | |
| | Total Disbursements | | | $ 459.87 |
| | TOTAL AMOUNT DUE | | | $ 9,457.87 |
| | RFII<br>17988-00608 | | | |

Invoice Number: **54904**                                                                 Page 7

|  | Attorney Summary | | |
|---|---|---|---|
| Attorney | Hours | Rate | Total |
| **Partner** | | | |
| ( JPD ) Doherty, John P. | 9.4 | 400.00 | 3,760.00 |
| ( RFH ) Hans, Richard F. | 0.1 | 400.00 | 40.00 |
| **Associate** | | | |
| ( KFC ) Cunningham, Kerry F. | 4.1 | 350.00 | 1,435.00 |
| ( LAH ) Herbert, Lisa A. | 0.3 | 300.00 | 90.00 |
| ( JSK ) Kozar, Jennifer S. | 4.9 | 300.00 | 1,470.00 |
| ( MHM ) Mulhearn, Mary H. | 2.5 | 250.00 | 625.00 |
| ( BEZ ) Zahner, Brendan E. | 3.9 | 350.00 | 1,365.00 |
| **Legal Assistant** | | | |
| ( JNN ) Novikov-Carles, Jackeline N. | 1.0 | 175.00 | 175.00 |
| ( SS ) Sobhan, Siham | 0.1 | 155.00 | 15.50 |
| **Administrative** | | | |
| ( JEW ) Wilson, Jonathan E. | 0.3 | 75.00 | 22.50 |
| | 26.6 | | |
| Total Fees | | | $ 8,998.00 |
| Total Disbursements | | | $ 459.87 |
| TOTAL AMOUNT DUE | | | $ 9,457.87 |

RFH
17988-00608



**Thacher Proffitt & Wood LLP**

# REMITTANCE COPY

Deutsche Bank Securities, Inc.
60 Wall Street
New York, NY 10005

Attn: Jay Strauss Esq.

PLEASE REMIT PAYMENT BY WIRE TO:

Citibank, N.A.
(ABA No. 021000089)
For the Account of:
Thacher Proffitt & Wood LLP
Account No. 37562867
Reference: RFH 17988-00608

Invoice Number 57610

July 24, 2007

FEDERAL ID NO. 13-5612353

| | | | |
|---|---|---|---|
| FOR PROFESSIONAL SERVICES rendered and disbursements posted through June 30, 2007 with respect to Commonsense Mortgage Inc., our services including: | | | |
| Total Fees | | $ | 2,324.50 |
| Total Disbursements | | $ | 571.25 |
| TOTAL AMOUNT DUE | | $ | 2,895.75 |
| RFH 17988-00608 | | | |



Thacher Proffitt & Wood LLP

Deutsche Bank Securities, Inc.  
60 Wall Street  
New York, NY 10005

Attn: Jay Strauss Esq.

PLEASE REMIT PAYMENT BY WIRE TO:

Citibank, N.A.  
(ABA No. 021000089)  
For the Account of:  
Thacher Proffitt & Wood LLP  
Account No. 37562867  
Reference: RFH 17988-00608

Invoice Number **57610**

July 24, 2007

FEDERAL ID NO. 13-5612353

FOR PROFESSIONAL SERVICES rendered and disbursements posted through June 30, 2007 with respect to Commonsense Mortgage Inc., our services including:

| Date | Services | Atty. | Hours |
|---|---|---|---|
| 05/01/07 | Equity research. | LD | 0.5 |
| 05/04/07 | Research for JSK. | LD | 0.3 |
| 05/08/07 | Entity research. | LD | 0.3 |
| 05/09/07 | Entity research. | LD | 0.8 |
| 06/01/07 | Emails with Ms. Stenstrom and Mr. Ted Meyer at DBSP; emails with Bloomberg. | JPD | 0.1 |
| 06/05/07 | Oversee service issues. | JPD | 0.1 |
| 06/05/07 | Team conference regarding status of litigation. | JSK | 0.1 |
| 06/08/07 | Meet with team; litigation issues; status email. | JPD | 0.1 |
| 06/08/07 | Office conference with JPD, KFC and BEZ regarding status of litigation. | JSK | 0.1 |
| 06/11/07 | Office conference with JPD and KFC regarding status and handling; draft email regarding same. | BEZ | 0.2 |
| 06/11/07 | Status email; meet with BEZ and KFC; outline strategy; review court notices. | JPD | 0.1 |
| 06/11/07 | Office conference with JPD and BEZ regarding status of service of process. | KFC | 0.2 |
| 06/12/07 | Emails with DBSP. | JPD | 0.1 |

Invoice Number: **57610**                                                                                          Page 2

| Date | Description | Initials | Hours | |
|---|---|---|---|---|
| 06/14/07 | Review complaint; include claim damages amount to total sum. | JNN | 0.1 | |
| 06/14/07 | Court status; status emails with DBSP. | JPD | 0.1 | |
| 06/14/07 | Review, update and circulate lender spreadsheet. | JSK | 0.1 | |
| 06/18/07 | Research information of Mr. Jeffrey Taylor, agent and CEO of Commonsense; research corporate status; office conference with MM regarding same; telephone conference with Mr. Taylor regarding same; email to team regarding same. | BEZ | 2.1 | |
| 06/18/07 | Emails with BEZ; follow up regarding service. | JPD | 0.2 | |
| 06/19/07 | Office conference with JPD, KFC and JSK regarding status and handling. | BEZ | 0.1 | |
| 06/19/07 | Meet with TPW team; status email; meet with BEZ; follow up regarding service of process issues. | JPD | 0.3 | |
| 06/19/07 | Office conference with JPD, KFC and BEZ regarding status of litigation. | JSK | 0.1 | |
| 06/19/07 | Conference with JPD, BEZ, and JSK regarding strategy and status | KFC | 0.1 | |
| 06/25/07 | Meeting with JPD, KFC, MHM and JSK regarding status; draft email to KFC regarding fact investigation of Commonsense. | BEZ | 0.7 | |
| 06/25/07 | Status meeting; emails to DBSP regarding all matters. | JPD | 0.1 | |
| 06/25/07 | Office conference with JPD, KFC, BEZ and MHM regarding status of litigation. | JSK | 0.1 | |
| 06/26/07 | Office conference with JPD and MHM rgarding: memorandum concerning asset recovery. | BEZ | 0.4 | |
| 06/26/07 | Status email; settlement issues. | JPD | 0.1 | |
| 06/27/07 | Filed original Summons with Affidavit of Service in SDNY. | JEW | 0.5 | |
| | Total Hours | | 8.1 | |
| | Total Fees | | | $ 2,324.50 |
| | Disbursements Posted | | | |
| | Outside Duplicating | | 20.16 | |
| | Process Service | | 550.00 | |
| | Telephone | | 1.09 | |
| | Total Disbursements | | | $ 571.25 |
| | TOTAL AMOUNT DUE | | | $ 2,895.75 |

RFH
17988-00608

Invoice Number: **57610**    Page 3

Invoice Number: **57610**                                                                                              Page 4

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| **Attorney Summary** | | | |
| Partner | | | |
| ( JPD ) Doherty, John P. | 1.3 | 400.00 | 520.00 |
| Associate | | | |
| ( KFC ) Cunningham, Kerry F. | 0.3 | 350.00 | 105.00 |
| ( JSK ) Kozar, Jennifer S. | 0.5 | 250.00 | 125.00 |
| ( BEZ ) Zahner, Brendan E. | 3.5 | 350.00 | 1,225.00 |
| Legal Assistant | | | |
| ( LD ) Droubi, Luna | 1.9 | 155.00 | 294.50 |
| ( JNN ) Novikov-Carles, Jackeline N. | 0.1 | 175.00 | 17.50 |
| Administrative | | | |
| ( JEW ) Wilson, Jonathan E. | 0.5 | 75.00 | 37.50 |
| | 8.1 | | |
| Total Fees | | | $ 2,324.50 |
| Total Disbursements | | | $ 571.25 |
| TOTAL AMOUNT DUE | | | $ 2,895.75 |

RFH
17988-00608



# Thacher Proffitt
Thacher Proffitt & Wood LLP

# REMITTANCE COPY

Deutsche Bank Securities, Inc.
60 Wall Street
New York, NY 10005

Attn: Jay Strauss Esq.

PLEASE REMIT PAYMENT BY WIRE TO:

Citibank, N.A.
(ABA No. 021000089)
For the Account of:
Thacher Proffitt & Wood LLP
Account No. 37562867
Reference: RFH 17988-00608

Invoice Number **58889**

August 28, 2007

FEDERAL ID NO. 13-5612353

| | | |
|---|---|---:|
| FOR PROFESSIONAL SERVICES rendered and disbursements posted through July 31, 2007 with respect to Commonsense Mortgage Inc., our services including: | | |
| Total Fees | $ | 1,570.00 |
| Total Disbursements | $ | 280.59 |
| Total | $ | 1,850.59 |
| Outstanding Amount from Prior Bills | $ | 12,353.62 |
| TOTAL AMOUNT DUE | $ | 14,204.21 |
| RFH 17988-00608 | | |

# Thacher Proffitt
Thacher Proffitt & Wood LLP

Deutsche Bank Securities, Inc.
60 Wall Street
New York, NY 10005

Attn: Jay Strauss Esq.

PLEASE REMIT PAYMENT BY WIRE TO:

Citibank, N.A.
(ABA No. 021000089)
For the Account of:
Thacher Proffitt & Wood LLP
Account No. 37562867
Reference: RFH 17988-00608

Invoice Number **58889**

August 28, 2007

FEDERAL ID NO. 13-5612353

FOR PROFESSIONAL SERVICES rendered and disbursements posted through July 31, 2007 with respect to Commonsense Mortgage Inc., our services including:

| Date | Services | Atty. | Hours |
|---|---|---|---|
| 07/02/07 | Conference with JDP, BEZ and MM regarding status, draft email to DBSP. | KFC | 0.1 |
| 07/13/07 | Prepare draft default judgment documents. | CAL | 0.4 |
| 07/18/07 | Review case file; gather and organize documents accordingly. | JNN | 0.2 |
| 07/19/07 | Review pleadings; locate and gather the Notice of Initial Pretrial Conference; prepare letter enclosing same; prepare letter to the Honorable Denise Cote enclosing filed complaint. | JNN | 0.7 |
| 07/19/07 | Status meeting. | JPD | 0.1 |
| 07/20/07 | Hand deliver courtesy copy of the filed complaint to the Honorable Denise Cote. | JNN | 0.1 |
| 07/23/07 | Arrange adjournment of initial pre-trial conference. | BEZ | 0.2 |
| 07/23/07 | Prepare Affidavit of Service of the Notice of Initial Pretrial Conference; coordinate public notarization accordingly; arrange for docketing; work on file pleading log. | JNN | 0.6 |
| 07/23/07 | Prepare for conference; status. | JPD | 0.2 |
| 07/24/07 | Discovery issues. | JPD | 0.1 |
| 07/25/07 | Work on file pleading log; case file management. | JNN | 0.2 |
| 07/26/07 | Work on default motion. | JPD | 0.3 |
| 07/30/07 | Review/revise default judgment papers. | CAL | 0.6 |

Invoice Number: **58889**                                                                 Page 2

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 07/30/07 | Work on default motion. | JPD | 0.3 | |
| 07/31/07 | Review/revise default papers; address procedural issues. | CAL | 0.8 | |
| 07/31/07 | Letter to Judge Cote; work on Rule 26 disclosures; prepare for status conference. | JPD | 0.3 | |
| | Total Hours | | 5.2 | |
| | Total Fees | | | $ 1,570.00 |
| | Disbursements Posted | | | |
| | Postage Expense | | 1.14 | |
| | Searches | | 279.45 | |
| | Total Disbursements | | | $ 280.59 |
| | TOTAL AMOUNT DUE | | | $ 1,850.59 |
| RFH 17988-00608 | | | | |

Invoice Number: **58889**                                                                 Page 3

|  | **Attorney Summary** | | |
|---|---|---|---|
| Attorney | <u>Hours</u> | <u>Rate</u> | <u>Total</u> |
| **Partner** | | | |
| ( JPD ) Doherty, John P. | 1.3 | 400.00 | 520.00 |
| **Associate** | | | |
| ( KFC ) Cunningham, Kerry F. | 0.1 | 350.00 | 35.00 |
| ( CAL ) Lynch, Christopher A. | 1.8 | 350.00 | 630.00 |
| ( BEZ ) Zahner, Brendan E. | 0.2 | 350.00 | 70.00 |
| **Legal Assistant** | | | |
| ( JNN ) Novikov-Carles, Jackeline N. | <u>1.8</u> | 175.00 | <u>315.00</u> |
| | 5.2 | | |
| Total Fees | | | $ 1,570.00 |
| Total Disbursements | | | $ 280.59 |
| TOTAL AMOUNT DUE | | | $ <u>1,850.59</u> |

RFH
17988-00608



**Thacher Proffitt & Wood LLP**

Deutsche Bank Securities, Inc.
60 Wall Street
New York, NY 10005

Attn: Jay Strauss Esq.

PLEASE REMIT PAYMENT BY WIRE TO:

Citibank, N.A.
(ABA No. 021000089)
For the Account of:
Thacher Proffitt & Wood LLP
Account No. 37562867
Reference: RFH 17988-00608

Invoice Number **DRAFT**

September 17, 2007

FEDERAL ID NO. 13-5612353

FOR PROFESSIONAL SERVICES rendered and disbursements posted through August 31, 2007 with respect to Commonsense Mortgage Inc., our services including:

| Date | Services | Atty. | Hours |
|---|---|---|---|
| 08/01/07 | Work on/ revise default papers. | CAL | 0.4 |
| 08/03/07 | Prepare for and attend conference before Judge Cote; prepare for same; outline report to client; email with DBSP. | JPD | 0.4 |
| 08/06/07 | Draft and revise status email. | BEZ | 0.4 |
| 08/09/07 | Discuss damages issues for default with JFD. | CAL | 0.1 |
| 08/13/07 | Update status chart. | MHM | 0.1 |
| 08/15/07 | Address attorneys' fees issues for default judgment. | CAL | 0.1 |
| 08/16/07 | Revise/finalize papers for default certificate from Clerk; revise affidavits for fees. | CAL | 0.7 |
| 08/16/07 | Obtained signature on Clerk's Certificate from Judgment Clerk in SDNY. | JEW | 0.4 |
| 08/17/07 | Revise default judgment papers; prepare email to Kelli Stenstrom regarding attorneys' fees. | CAL | 0.2 |
| 08/17/07 | Work on application for default judgment. | JNN | 0.5 |
| 08/21/07 | Revise papers; conference with MM on filing of same. | CAL | 0.2 |
| 08/22/07 | Finalize default papers and bring to Chambers for Order to Show Cause. | CAL | 0.9 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 08/22/07 | Submitted and obtained signature on Order to Show Cause by Judge Cote in SDNY. | JEW | 0.7 | |
| 08/22/07 | Finalize Court Filings. | JNN | 0.6 | |
| 08/23/07 | Prepare and organize documents; coordinate service of order to show cause and affidavit of John P. Doherty upon resident agent; office meeting with CAL regarding same. | JNN | 0.3 | |
| 08/27/07 | Review emails regarding status of defaults. | CAL | 0.1 | |
| 08/30/07 | Work on Affidavit of Service of the Order to Show Cause and Affidavit of John P. Doherty in Support of Application for Default Judgment with exhibits; coordinate public notarization accordingly; arrange for docketing. | JNN | 0.7 | |
| | Total Hours | | 6.8 | |
| | Total Fees | | | $ 1,841.50 |
| | Disbursements Posted | | | |
| | Federal Express | | 29.71 | |
| | Legal Research/Westlaw | | 186.70 | |
| | Total Disbursements | | | $ 216.41 |
| | TOTAL AMOUNT DUE | | | $ 2,057.91 |

RFH
17988-00608

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| **Attorney Summary** | | | |
| Partner | | | |
| (JPD) Doherty, John P. | 0.4 | 400.00 | 160.00 |
| Associate | | | |
| (CAL) Lynch, Christopher A. | 2.7 | 395.00 | 1,066.50 |
| (MHM) Mulhearn, Mary H. | 0.1 | 250.00 | 25.00 |
| (BEZ) Zahner, Brendan E. | 0.4 | 350.00 | 140.00 |
| Legal Assistant | | | |
| (JNN) Novikov-Carles, Jackeline N. | 2.1 | 175.00 | 367.50 |
| Administrative | | | |
| (JEW) Wilson, Jonathan E. | 1.1 | 75.00 | 82.50 |
| | 6.8 | | |
| Total Fees | | | $ 1,841.50 |
| Total Disbursements | | | $ 216.41 |
| TOTAL AMOUNT DUE | | | $ 2,057.91 |

RFH
17988-00608